IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDWARD BROOME, NGAM CHAY, SOVUTH CHHITH, NEOMI CHRISTIAN, GEORGE DAVIS, HUNG MANH DO, ROEN EM, EDWARD GAUNICHAUX, SOPHY GNEP, JILL GRIMES, KHEANG HAS, SAMOL KEA, POV KEO, SOVANN KEO, KIMCHHAY KHIEV, CHANSOKOUN KONG, SUN KONG, CHLAV LIM, SE LIM, CHHOUB LOY, KHONNY MOM, EANG MOONG, TOLIDA NGIN, PHUN OEUNG, TOEUN PICH, SOPHAL POM, MUNEE SAM, VUTHY SAY, GERALDINE SCANDRETT, HOUT SENG, LINDA SIMPSON, BOUAPHANH SINGHA, SOEUN SOK, HONG THAI SON, LIEN TRINH and DERRICK WILKERSON,<br><br>    Plaintiffs,<br><br>v.<br><br>CLAYTON COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | Civil Action No.:<br>1:15-cv-03066-SCJ<br><br>JURY TRIAL DEMANDED |

**ORDER**

This matter is before the Court on the Parties' Joint Motion for Approval of

Settlement Between Defendant and Plaintiffs Edward Broome, Ngam Chay,

Sovuth Chhith, Neomi Christian, George Davis, Hung Manh Do, Roeun Em, Edward Gaunichaux, Sophy Gnep, Jill Grimes, Kheang Has, Samol Kea, Pov Keo, Sovann Keo, Kimchhay Khiev, Chansokoun Kong, Sun Kong, Chlav Lim, Se Lim, Chhoub Loy, Khonny Mom, Eang Moong, Tolida Ngin, Phun Oeung, Toeun Pich, Sophal Pom, Munee Sam, Vuthy Say, Geraldine Scandrett, Hout Seng, Linda Simpson, Bouaphanh Singha, Soeun Sok, Hong Thai Son, Lien Trinh, and Derrick Wilkerson and Dismissal with Prejudice of Said Plaintiffs' Claims ("Joint Motion for Approval of Settlement").  Having considered the Parties' Joint Motion, it is hereby ORDERED:

　　1.　　That the Joint Motion for Approval of Settlement is GRANTED; and

　　2.　　That the claims of Plaintiffs Edward Broome, Ngam Chay, Sovuth Chhith, Neomi Christian, George Davis, Hung Manh Do, Roeun Em, Edward Gaunichaux, Sophy Gnep, Jill Grimes, Kheang Has, Samol Kea, Pov Keo, Sovann Keo, Kimchhay Khiev, Chansokoun Kong, Sun Kong, Chlav Lim, Se Lim, Chhoub Loy, Khonny Mom, Eang Moong, Tolida Ngin, Phun Oeung, Toeun Pich, Sophal Pom, Munee Sam, Vuthy Say, Geraldine Scandrett, Hout Seng, Linda Simpson, Bouaphanh Singha, Soeun Sok, Hong Thai Son, Lien Trinh, and Derrick Wilkerson be DISMISSED, WITH PREJUDICE, in their entirety, with each party to bear his or her own costs.

3. The Court shall retain jurisdiction over this case only for the purpose of enforcing the Parties' Agreement.

This __16th__ day of __March__, 2016

_s/Steve C. Jones_____
Steve C. Jones
United States District Judge


Consented to by:                                Consented to by:


*/s/ David J. Worley*                           */s/ Lauren A. Nations*
Counsel for Plaintiffs                          Counsel for Defendant

David J. Worley                                 Charles L. Bachman, Jr.
Ga. Bar No. 776665                              Georgia Bar No. 030545
david@hpllegal.com                              cbachman@gregorydoylefirm.com
James M. Evangelista                            Lauren A. Nations
Ga. Bar No. 707807                              Georgia Bar No. 301299
jim@hpllegal.com                                lnations@gregorydoylefirm.com
HARRIS PENN LOWRY, LLP                          GREGORY, DOYLE, CALHOUN &
400 Colony Square                               ROGERS LLC
1201 Peachtree Street, Suite 900                49 Atlanta Street
Atlanta, GA 30361                               Marietta, GA 30060
(404)961-7650                                   (770) 422-1776

Neil S. Hyman *(admitted pro hac vice)*
LAW OFFICE OF NEIL S. HYMAN, LLC
7315 Wisconsin Avenue
Suite 500W
Bethesda, Maryland 20814